Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2026 MAY -7 AM 11:43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: Boom

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
v. PLAINTIFF

Michael Tyrone HARRIS

USMS# ____________ DEFENDANT

CASE NUMBER: 2:26-mj-02611

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on May 5, 2026 at 7:30 ☐ AM ☑ PM
   or
   The defendant was arrested in the ________ District of ________ on ________ at ________ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:
   21USC841(a)(1)

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☑ No ☐ Yes Language: ________

7. Year of Birth: 1986

8. Defendant has retained counsel: ☑ No
   ☐ Yes Name: ________ Phone Number: ________

9. Name of Pretrial Services Officer notified: Fernando Basulto

10. Remarks (if any): ________

11. Name: Jason Willock (please print)

12. Office Phone Number: 213.925.6796

13. Agency: DEA

14. Signature: Jason Willock Digitally signed by Jason Willock Date: 2026.05.07 11:27:33 -07'00'

15. Date: 5/7/2026